# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

)
)
)
Plaintiff,  )
)
v.  )
)  Case No. 20-1342
)
)
)
Defendant(s).  )

FILED
OCT 0 5 2020
CLERK OF THE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:


### II. PARTIES

**Plaintiff:**

A.  Plaintiff, a citizen of __ILLINOIS__ (state), who resides at __7607 W ARGYLE, Chicago, IL 60656__, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.  Defendant __FOX NEWS NEW YORK__ is employed as a
   (a) (Name of First Defendant)
__TELECOMMUNICATION COMPANY__
   (b) (Position/Title)
with __FOX NEWS 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036__
   (c) (Employer's Name and Address)

1

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

I WAS with the ReAL PResiDENT FOR MANY YEARS. HIS will left me 50% OF HIS SHARES OF FOX NEWS, AND MARLA TRUMP GOT THE other 50%.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C.    Defendant ___Fox News New York___ is employed as a
       (a) (Name of Second Defendant)
___TELECOMMUNICATES COMPANY___
       (b) (Position/Title)
with ___Fox News Stations Inc  1211 Avenue OF THE AMERICAS  New York, NY 10036___
       (c) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

My SALARY IN MY NAME IS BEING held. I need them to Release my SALARy SINCE his Death. I need the title of Ownership in my NAME.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #3:**

D. Defendant **Fox News** is employed as a **Telecommunication Company** with **Fox News Television Stations Inc. 1211 Avenue of the Americas New York, NY 10036**

(a) (Name of Third Defendant)
(b) (Position/Title)
(c) (Employer's Name and Address)

Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: **MY RESIDENCE Fox News zoomed in for 20 years. First Bill O'Reilly zoomed in my residence, I became so popular, All of Fox then zoomed in & speak with me regularly.**

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary. **Bill O'Reilly, President Trump spoke daily to me by zooming in the television. The Real President Trump Died. The Real Bill O'Reilly Died. Both men, the brothers are saying they are them**

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court? Yes ☐  ☒ No

B. If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

    1. Parties to previous lawsuits:

        Plaintiff(s):

        Defendant(s):

    2. Date of Filing:

    3. Case Number:

    4. Jurisdiction/Court:

    5. Name of Judge:

    6. Issues Raised:

    7. Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

    8. Date of Final Disposition:

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about **Sept. 29, 2020** (month, day, year), at approximately _____
   ☐ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of) _____, in the County of _____, in the State of Illinois, at _____,

   where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

   ☐ searched plaintiff or his property without a warrant and without reasonable cause;

   ☐ used excessive force upon plaintiff;

   ☐ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

   ☐ failed to provide plaintiff with necessary medical care;

   ☐ conspired together to violate one or more of plaintiff's civil rights;

   ☐ other *(please explain)*: _____

2. Plaintiff was charged with one or more crimes, specifically: **None, I never committed a crime against Fox News.**

3. The criminal proceedings *(check the box that applies)*:

   ☐ are still pending.
   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
   ☐ resulted in a finding of guilty on one or more of the charges.
   ☐ other: _____

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

I AM in the REAL President TRUMP's Will. HE HAS 60% SHARES OF Fox News. MARLA TRUMP AND MySELF Receive 50% EACH. Fox News HAS the Money IN My NAME. MARLA GOT A COURT ORDER not long AGO. I NEED A COURT ORDER to RELEASE My money & SHARES OF fox News.

Also, the Military HAS the wills. They were told to bring them to me. No one did that.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously. VICIOUSLY.

6. As a result of Defendant's conduct, plaintiff was injured as follows:
I DID not Receive My SHARES OF FOX News. I DID Not Receive my money.

7. Plaintiff asks that this case be tried by a jury. ☐ Yes  ☒ No  IT'S IN WRITING WHAT HE DID.

6

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ **SALARY AT FOX NEWS** to compensate for *(check all that apply)*:

   - [x] bodily harm — *the president put things in my body without me knowing.*
   - [x] emotional harm
   - [x] pain and suffering
   - [x] loss of income
   - [x] loss of enjoyment of life
   - [ ] property damage

2. Punitive Damages:   [x] Yes   ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: **September 29, 2020**

Signature of Plaintiff: **Sylvia A. Klupp**

Plaintiff's Name *(print clearly or type)*: **Sylvia A. Klupp**

Mailing Address: **7607 W Argyle**

City: **Chicago**   State: **IL**   Zip: **60656**

Plaintiff's Telephone Number: **(773) 792-1074 (landline)**
**847-804-2110 (cell)**



United States District Court
Central District of Illinois
Office of the Clerk
Room 309
Federal Building
100 N.E. Monroe
Peoria, IL 61602

Ms. Sylvia A. Klupp
7607 W Argyle St
Chicago, IL 60656

FIRST CLASS