Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Sylvia A. Klupp,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Case Number: 1:20-cv-01342 |
| **Fox News New York,** | ) ) ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this action is dismissed pursuant to Fed. Civ. P. 41(b) and Plaintiff shall take nothing by way of her complaint.

**Dated: 4/8/2021**

                    s/ Shig Yasunaga            JES
                    Shig Yasunaga
                    Clerk, U.S. District Court